UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-24191-RNS

VICTOR ARIZA,

    Plaintiff,

v.

KARELA KIDS LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, VICTOR ARIZA, and Defendant, KARELA KIDS LLC, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby inform the Court that the parties have entered into a settlement agreement which provides for the Defendant's website (www.karelakids.com) to comply with the Americans With Disabilities Act ("ADA"), as applicable, through specific means by no later than twenty-four (24) months hereof.  Accordingly, the Parties stipulate and agree to the dismissal with prejudice of this action with each party bearing its own fees and costs. The Parties further stipulate and agree to the entry of the Order submitted with this Stipulation.

Respectfully submitted,

| | |
|---|---|
| s/*Roderick V. Hannah*  FBN 435384<br>RODERICK V. HANNAH<br>RODERICK V. HANNAH, P.A.<br>4800 N. Hiatus Rd<br>Sunrise, FL 33351<br>Telephone: (954) 362-3800<br>Facsimile:  (954) 362-3779<br>Email:  rhannah@rhannahlaw.com<br>*Counsel for Plaintiff* | s/*Martha R. Mora*      FBN 648205<br>MARTHA R. MORA<br>AVILA RODRIGUEZ HERNANDEZ<br>MENA & GARRO LLP<br>2525 Ponce de Leon Blvd., Suite 1225<br>Coral Gables, Florida 33134<br>Telephone: (305) 779-3567<br>Email: mmora@avilalaw.com<br>*Counsel for Defendant* |

s/*Pelayo M. Duran*     FBN 0146595
PELAYO M. DURAN
LAW OFFICE OF PELAYO DURAN, P.A.
4640 NW 7th Street
Miami, FL 33126
Telephone: (305)266-9780
Email:  duranandassociates@gmail.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1st, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served via CM/ECF all counsel of record, including Martha R. Mora, Esq. (mmora@avilalaw.com), Avila Rodriguez Hernandez Mena & Garro LLP, 2525 Ponce de Leon Blvd., Suite 1225, Coral Gables, FL 33134, *Counsel for Defendant Karela Kids LLC*.

/s *Roderick V. Hannah*
RODERICK V. HANNAH